McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONG LIAO, et al., ) | CV 06-F-1319 DFL GGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **DEFENDANTS' MOTION FOR** |
| Alberto Gonzales, et al. ) | **AN EXTENSION OF TIME IN** |
| ) | **WHICH TO FILE AN ANSWER** |
| ) | **AND [PROPOSED] ORDER** |
| Defendants. ) | |
| ) | |

Plaintiffs have filed a complaint alleging that defendants have failed to timely process their applications for naturalization. Defendants respectfully inform the Court that plaintiffs' application is currently pending clearance by the Federal Bureau of Investigations. Under current protocol, all applications for naturalization are routed through the FBI for name and fingerprint checks, a process over which the named agency, Citizenship and Immigration Services has no control. Once the FBI has cleared the application, CIS resumes the processing of the application in the most expedited manner possible.

Because plaintiffs' application is currently pending at the FBI, defendants request an

extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. Defendants expect the FBI name and background check process to be complete within an additional 60 days, and therefore request an extension until October 20, 2006. This is defendants' first request for an extension in this case.

Dated: August 16, 2006                    Respectfully Submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney


                                      By:    /s/Audrey Hemesath
                                                  Audrey B. Hemesath
                                                  Assistant U.S. Attorney
                                                  Attorneys for the Defendants


## ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on October 20, 2006.

IT IS SO ORDERED.

DATED: Nov. 6, 2006

**GREGORY G. HOLLOWS**
UNITED STATES MAGISTRATE JUDGE