IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONG LIAO and JINSONG XIE,

      Plaintiffs,                    No. CIV S-06-1319 DFL GGH PS

   vs.

ALBERTO GONZALES, et al.,

      Defendants.               <u>ORDER</u>

        Pro se plaintiffs Rong Liao and Jinsong Xie have requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 1/5/07

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

GGH:076
Liao1319.59.wpd